MORRIS SOPHIAN, Appellant, *v.* MICHAEL HENIG, Respondent.

APPEAL from a judgment in favor of defendant, rendered in the Municipal Court of the city of New York, fifth district, borough of Manhattan.

Rosenthal & Rosenthal, for appellant.

S. Horkimer, for respondent.

*Per Curiam.* As the record does not show that the defendant was a resident of the city of New York, the jurisdictional facts do not appear, and the judgment must, accordingly, be reversed. Willis v. Parker, 30 Misc. Rep. 750.

Present: BEEKMAN, P. J., GIEGERICH and O'GORMAN, JJ.

Judgment reversed and new trial ordered, without costs.